UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2023 MAR 22 P 12: 48

_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

TYSON DYER

No: 2:23-cr-27-625

### INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Felon in Possession of Ammunition)

On about January 11, 2023, in the District of Maine, the defendant,

**TYSON DYER**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, Trafficking of Schedule W Drug, Cumberland County Criminal District Court, Portland, Maine, Docket No. CUMCD-CR-2010-08518, and Illegal Possession of a Firearm or Crossbow, Cumberland County Criminal District Court, Portland, Maine, Docket No. CUMCD-CR-2012-04947, knowingly possessed ammunition, namely, 73 rounds of 9mm ammunition containing the headstamp BLAZER 9mm LUGER, and 30 rounds of 9mm ammunition containing the headstamp FC 9MM LUGER. The ammunition was in and affecting commerce.

Thus, the defendant violated Title 18, United States Code, Section 922(g)(1) and 924(a)(8).

### FIREARM FORFEITURE ALLEGATION
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.  Upon conviction of the offense in violation of Title 18, United States

Code, Section 922(g)(1), set forth in Count 1 of this Indictment, the defendant,

**TYSON DYER**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

a. 73 rounds of 9mm ammunition containing the headstamp BLAZER 9mm LUGER;

b. 30 rounds of 9mm ammunition containing headstamp FC 9MM LUGER; and

c. Polymer 80 Inc. 9mm, model PF940V2 (no serial number)

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant -

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
Assistant United States Attorney

Date: MARCH 22, 2023